FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ JUN 14 2006 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------x

SUI KING CHAN,

    Plaintiff,

- v. -

MARY ANN GANTER, District Director
for New York City, United States
Citizenship and Immigration Services;
UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES ; MICHAEL
CHERTOFF, Secretary, Department of
Homeland Security; and ALBERTO
GONZALES, United States Attorney
General,
    Defendants.
------------------------------x

STIPULATION AND
ORDER OF DISMISSAL

Civil Action No. CV-05-4378
(Trager, J.)
(Levy, M.J.)

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that

1. The above-captioned action is hereby dismissed, without costs or attorney's fees to any party.

2. This dismissal is without prejudice to plaintiff's immediate right to file a new application for naturalization.

3. The Clerk of the Court shall enter judgment in accordance with this Stipulation and Order of Dismissal.

Dated: New York, New York
June ___, 2006

WASHINGTON SQUARE LEGAL SERVICES
Attorneys for Plaintiff

By: _____
NANCY MORAWETZ, Esq.
245 Sullivan Street, 5th Floor
New York, New York 10012
(212) 998-6430

Dated: Brooklyn, New York
June ___, 2006

ROSLYNN R. MAUSKOPF
United States Attorney for the
Eastern District of New York
Attorney for Defendants
One Pierrepont Plaza, 14th Floor
Brooklyn, New York 11201

By: _____
ELLIOT M. SCHACHNER
Assistant United States Attorney
(718) 254-6053

SO ORDERED THIS ___ DAY OF JUNE 2006 AT BROOKLYN, NEW YORK

s/David G. Trager
HONORABLE DAVID G. TRAGER
UNITED STATES DISTRICT JUDGE