UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

SUI KING CHAN,

                        Plaintiff,

    -against-

MARY ANN GANTER, District Director
for New York City, United States Citizenship
and Immigration Services;
UNITED STATES CITIZENSHIP AND
IMMIGRATION SERVICES; MICHAEL
CHERTOFF, Secretary, Department of
Homeland Security; and ALBERTO
GONZALES, United States Attorney
General,

                       Defendants.
-----------------------------------------------------------------X

JUDGMENT
05-CV- 4378 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 28 2006 ★

BROOKLYN OFFICE

An Order of Honorable David G. Trager, United States District Judge, having having been filed on June 14, 2006, dismissing the action, without costs or attorney's fees to any party; and directing that the dismissal is without prejudice to plaintiff's immediate right to file a new application for naturalization; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendant; that the action is dismissed, without costs or attorney's fees to any party; and that the dismissal is without prejudice to plaintiff's immediate right to file a new application for naturalization.

Dated: Brooklyn, New York
       August 24, 2006

                    s/Robert C. Heinemann
                    ROBERT C. HEINEMANN
                    Clerk of Court